UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOE W. JEAN-LOUIS,

                Plaintiff,

      -against-

MAYOR ADAMS,

                Defendants.

24-CV-8873 (LTS)

CIVIL JUDGMENT

    For the reasons stated in the November 25, 2024, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   November 25, 2024
           New York, New York

                                          /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                          Chief United States District Judge